IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERESA ROSATI,<br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA, et al.,<br>      Defendants. | :<br>:<br>:<br>:   Civ. No. 18-3349<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 15th day of May, 2019, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 16), Plaintiff's Response (Doc. No. 20), and Defendants' Reply (Doc. No. 21), as well as all related exhibits, it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 16) is **GRANTED**;

2. Judgment is **ENTERED** in favor of Defendants the United States of America, the Social Security Administration, and the United States Attorney General and against Plaintiff Teresa Rosati; and

3. The **COURT OF CLERK** shall **CLOSE** this case.

                                                                         **AND IT IS SO ORDERED.**

                                                                         */s/ Paul S. Diamond*
                                                                         _____
                                                                         Paul S. Diamond, J.